REVIEW, &c.

### No. 2.

**RALSTON** *against* **STRONG.** *Windsor,* 1816.

A writ of replevin to replevy property attached, issued to and served by a constable is *void.*

See Bond. New Trial 2.